UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL FOWLER, | CASE NO. C19-0208-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAN JUAN COUNTY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for leave to proceed *in forma pauperis*. (Dkt. No. 1). The Court REFERS Plaintiff's motion to the Honorable Mary Alice Theiler, U.S. Magistrate Judge. The Clerk is DIRECTED to send a copy of this order to Judge Theiler.

DATED this 1st day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk