THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL FOWLER, | CASE NO. C19-208-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAN JUAN COUNTY et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed scheduling order regarding expert witness disclosures (Dkt. No. 27). Pursuant to the parties' stipulation, the Court ENTERS the following scheduling order:

| **Event** | **Deadline** |
|---|---|
| Plaintiff's expert disclosures | October 28, 2019 |
| Defendants' expert disclosures | November 25, 2019 |
| Parties' rebuttal expert disclosures | December 16, 2019 |
| Close of expert depositions | January 2, 2020 |

//

//

MINUTE ORDER
C19-208-JCC
PAGE - 1

1      DATED this 26th day of September 2019.

                                      William M. McCool
                                      Clerk of Court

                                      s/Tomas Hernandez
                                      Deputy Clerk