UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL FOWLER, | CASE NO. C19-0208-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAN JUAN COUNTY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated request for a judicial settlement conference (Dkt. No. 30). Finding good cause, the Court hereby REFERS this case to the Honorable Michelle L. Peterson, United States Magistrate Judge, for a judicial settlement conference pursuant to Local Civil Rule 39.1(e). The parties are ORDERED to participate in a judicial settlement conference no later than November 7, 2019. The parties are further ORDERED to inform the Court within three days of the conference whether this matter has been resolved.

//
//
//

1       DATED this 21st day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk